JAMES HARTSELL, ESQ
NEVADA BAR NO. 5017
LAW OFFICES OF JAMES HARTSELL
720 SOUTH FOURTH ST. SUITE 100
LAS VEGAS, NV 89101
(702) 384-3132
ATTORNEY FOR DEFENDANT

## UNITED STATES DISTRISCT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:11-cr-00434-LDG-PAL |
| Plaintiff, | ) |
| vs. | ) |
| CHRISTOPHER CASTRO, | ) |
| Defendant. | ) |

**JOINDER TO DEFENDANT MICHAEL VALES MOTION TO CONTINUE**

Defendant, CHRISTOPHER CASTRO, by and through his attorney of record JAMES HARTSELL, ESQ., hereby joins in Co-Defendant Michael Vales' MOTION TO CONTINUE TRIAL in the above styled matter.

Dated this 13th day of December, 2012.

By_____/s/_____
　　JAMES HARTSELL, ESQ.
　　720 S Fourth Street, Ste 100
　　Las Vegas, NV  89101
　　Counsel for Defendant

1

SUPPLEMENTAL POINTS AND AUTHORITIES

Defendant CHRISTOPHER CASTRO hereby adopts the points and authorities submitted by Defendant Michael Vales, and submits the following to supplement that argument.

Discovery in this case consists of over 20, 000 pages of discovery.  Counsel is set to start a two (2) to (3) week mortgage fraud trial in District Court the same week that has over 23,000 pages of discovery.  Based on the above, counsel is not prepared to go forward with trial in this matter.

Christopher Castro is detained and does not object to this continuance.


By_____/s/_____
JAMES HARTSELL, ESQ.
720 S Fourth Street, Ste 100
Las Vegas, NV  89101
Counsel for Defendant


ORDER

IT IS SO ORDDERED.

DATED this ___ day of December, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge