**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER CASTRO,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00434-LDG-PAL-9<br><br>**ORDER FOR PLACEMENT IN THE SOBER LIVING FACILITY** |

　　　Presently before the Court is the matter of *U.S. v. Christopher Castro*.

　　　On November 20, 2017, this Court held a hearing for revocation of supervised release as to defendant Christopher Castro ("Mr. Castro"). The Court ordered that Mr. Castro's conditions of supervision be modified as noted on the record. This order included, amongst other modifications, that he reside at and participate in programming at a sober living facility for three months (90 days).

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Mr. Castro is ordered released from custody and shall reside in a sober living facility for three months (90 days).

　　　DATED: November 20, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE